UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLADYS SHANEA WILSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 09-cv-272-JPG
Crim. Case No. 07-cr-40020-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Gladys Shanea Wilson's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is entered in this case in favor of petitioner Gladys Shanea Wilson and against respondent United States of America; and that the judgment against petitioner Gladys Shanea Wilson in Criminal Case No. 07-cr-40020-JPG (Doc. 141) is vacated and a substantively identical amended judgment be entered forthwith to allow petitioner Gladys Shanea Wilson the opportunity to proceed as if on direct appeal.

**DATED:** June 30, 2011      NANCY J. ROSENSTENGEL, Clerk of Court

    s/ Jina Hoyt, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**